*S. K. Ka-ne* for respondent.

---

JOHN J. GRACE *v.* THE TERRITORY OF HAWAII.

ORIGINAL.

SUBMITTED JUNE 17, 1901.        DECIDED JULY 5, 1901.

FREAR, C.J., GALBRAITH AND PERRY, JJ.

A Sheriff cannot bind the Territory to pay a surgeon for an operation upon a private citizen made necessary by an unauthorized act of a policeman.

OPINION OF THE COURT BY FREAR, C.J.

This is a submission without action on the following agreed facts:

In February, 1901, a policeman at Hilo, Hawaii, without authority, justification or extenuation by law, shot and wounded a private citizen. It immediately became necessary to extract the bullet from the wounded man. The Sheriff of Hawaii requested the plaintiff, who was a licensed physician and surgeon practicing in Hilo, to perform the operation, promising him reasonable compensation for the service by the department of the Attorney-General. The plaintiff performed the service in a skillful manner and rendered a bill therefor to the said department. The question is whether the Territory is liable.

In our opinion the Sheriff was without authority to bind the Territory to pay for an operation upon a private citizen made

30

necessary by an unauthorized act of a policeman.    Judgment for the defendant.

The plaintiff in person.

*Attorney-General E. P. Dole* for the defendant.